```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
In re:                                          ELECTRONICALLY FILED
                                                DOC #: _____
HHE CHOICES HEALTH PLAN, LLC, et al.,           DATE FILED:  2/21/2020
                         Debtors.
-----------------------------------------------x
SEAN SOUTHARD, as Plan Administrator of
the Amended Chapter 11 Plan of Liquidation for
Hebrew Hospital Senior Housing, Inc.,

                         Plaintiff,

       -against-                                20 Civ. 290 (AT)

MARY FRANCES FARRETT, BRIAN                     **ORDER**
PERINO, PETER SANNA, PETER CUTAIA,
ALAN PEARCE, CHARLES GOLDBERGER,
MICHAEL LAUB, MARVIN LIFSON, DONNA
JAKUBOVITZ, EDWARD SCHECTER, LEON
SILVERMAN, and DAVID KERSHNER,

                         Defendants.
```

ANALISA TORRES, District Judge:

      Trial has been set for **May 18, 2020**. The joint pretrial order is due **April 10, 2020**. The joint pretrial order and related submissions are to be sent as follows:

      In accordance with Paragraph V.B of the Court's Individual Practices in Civil Cases, the parties shall submit a proposed joint pretrial order to the Court by PDF attachment to an e-mail by **April 10, 2020**.

      In accordance with Paragraphs V.C and V.D of the Court's Individual Practices, each party shall file and serve along with the joint pretrial order all required pretrial filings, including joint requests to charge, joint proposed verdict forms, and joint proposed *voir dire* questions.

      In accordance with Paragraph V.C(v) of the Court's Individual Practices, the parties shall deliver to the Court by **April 10, 2020**, one copy of each documentary exhibit sought to be admitted, pre-marked (i.e., labeled with exhibit stickers) and assembled sequentially in a looseleaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

      In accordance with Paragraph V.F of the Court's Individual Practices, by **April 17, 2020**, the parties shall file, if necessary, any objections to another party's requests to charge or

proposed *voir dire* questions and any opposition to any legal argument in a pretrial memorandum.

Counsel for all parties shall appear for a final pretrial conference on **May 13, 2020**, at **11:15 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

Trial shall commence at **9:00 a.m.** on **May 18, 2020**. In accordance with Paragraph V.H of the Court's Individual Practices, trial will be conducted from 9:00 a.m. to 2:15 p.m. with a break from 11:15 to 11:45 a.m. During the jury selection and jury deliberation phases, court will be in session from 9:00 a.m. to 5:00 p.m. with a break from 1:00 to 2:00 p.m.

**Prior to the final pretrial conference, counsel for both parties, along with the parties themselves, shall meet in person for at least one hour to discuss settlement of this matter.**

SO ORDERED.

Dated: February 21, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge